[No. 11849-5-III.   Division Three.   January 20, 1994.]

*In the Matter of the Welfare of* R.B.

RONALD B., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-7-00044-4, Kathleen M. O'Connor, J., entered August 14, 1991. *Affirmed* by unpublished opinion per Wardell, J. Pro Tem., concurred in by Sweeney, A.C.J., and Munson, J.

[Nos. 12591-2-III; 12910-1-III.   Division Three.   January 20, 1994.]

RICHARD WAGNER, *Appellant*, v. PATRICK PARRISH, ET AL, *Respondents*.

Appeals from judgments of the Superior Court for Klickitat County, No. 13005, Ted Kolbaba, J., entered June 23 and December 2, 1992. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Cooper, J. Pro Tem.

[No. 29685-0-I.   Division One.   January 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MOLLY CAROL WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02333-2, Warren Chan, J., entered November 26, 1991. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Coleman and Grosse, JJ.